UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD EDWARD ELLIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALAMEDA COUNTY DISTRICT ATTORNEY'S OFFICE,<br><br>　　　　Defendant. | Case No. 15-cv-00499-DMR (PR)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Plaintiff filed the present *pro se* prisoner complaint under 42 U.S.C. § 1983. Plaintiff has consented to magistrate judge jurisdiction in this matter. Dkt. 1 at 4. On February 23, 2015, mail directed to Plaintiff by the court was returned to the Clerk of the Court with a notation that it was undeliverable because Plaintiff has been "paroled." Dkt. 3 at 1. To date, Plaintiff has not updated his address with the court or submitted any further pleadings in this case.

Pursuant to Northern District Local Rule 3-11 a party proceeding *pro se* whose address changes while an action is pending must promptly file a notice of change of address specifying the new address. *See* L.R. 3-11(a). The court may dismiss without prejudice a complaint when: (1) mail directed to the *pro se* party by the court has been returned to the court as not deliverable, and (2) the court fails to receive within sixty days of this return a written communication from the *pro se* party indicating a current address. *See* L.R. 3-11(b).

More than sixty days have passed since the mail directed to Plaintiff by the court was returned as undeliverable. The court has not received a notice from Plaintiff of a new address. Accordingly, the complaint is DISMISSED without prejudice pursuant to Rule 3-11 of the Northern District Local Rules. The Clerk shall enter judgment, terminate all pending motions, and close the file.

IT IS SO ORDERED.

Dated: April 27, 2015

_____
DONNA M. RYU
United States Magistrate Judge